JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 20, 2010

Check No. 2004755

Check Amount: $3,532.03

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-43940-R | 00000 | GURLEY FRANK & ONITA FAYE CLARK | 0 | XXXXX2075 | 1.00 | 0.00 | 1.00 |
| | | | | XXXXX1179 | | | |
| | | Original check written to: GURLEY FRANK CLARK 1344 CR 1450 BONHAM, TX 75418 | | | | | |
| 04-45174-R | 00018 | CARMEN L. SEDA-MORALES | 12 | 5004 | 5.49 | 0.00 | 5.49 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 04-45174-R | 00000 | CARMEN L. SEDA-MORALES | 0 | XXXXX5505 | 179.84 | 0.00 | 179.84 |
| | | Original check written to: CARMEN L. SEDA-MORALES 570 PRAIRIE DELL LEWISVILLE, TX 75067 | | | | | |
| 04-50223-R | 00016 | LARRY THURMAN & CATHY ANN WHITE | 12 | XXXXX1314 | 2.23 | 0.00 | 2.23 |
| | | Original check written to: GENERAL MOTORS ACCEPTANCE CORP P. O. BOX 25164 LEHIGH VALLEY, PA 18002-5154 | | | | | |
| 05-40709-R | 00008 | RONNIE G. & DEBORAH C. MCADOO | 8 | XXXXX1437 | 31.71 | 0.00 | 31.71 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-41623-R | 00013 | GARY DON & MICA TALITHA BROCKMAN | 10 | 1958 | 0.38 | 0.00 | 0.38 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 20, 2010

Check No. 2004755

Check Amount: $3,532.03

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-43154-R | 10011 | FLOYD SCOTT & MARNIE L. VILLINES | 14 | XXXXX1300 | 194.59 | 0.00 | 194.59 |
| | | Original check written to: <br> COMPASS BANK <br> 8080 NORTH CENTRAL EXPRESSWAY <br> THIRD FLOOR <br> DALLAS, TX 75206 | | | | | |
| 05-44975-R | 00008 | TIM & ANGELA WHITE | 8 | XXXXX7240 | 25.99 | 0.00 | 25.99 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-44989-R | 00008 | RICKY B. & LORIE L. GILLEAN | 15 | XXXXX2375 | 27.98 | 0.00 | 27.98 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-44989-R | 00010 | RICKY B. & LORIE L. GILLEAN | 16 | XXXXX5324 | 58.95 | 0.00 | 58.95 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-45892-R | 00031 | VICTOR LAMON & ALMA DOBIN RICHARDSON | 7 | XXXXX7189 | 0.58 | 0.00 | 0.58 |
| | | Original check written to: <br> SOUTH VERIZON WIRELESS <br> AFNI/VERIZON WIRELESS <br> 404 BROCK DRIVE <br> BLOOMINGTON, IL 61701-2654 | | | | | |
| 05-45892-R | 00032 | VICTOR LAMON & ALMA DOBIN RICHARDSON | 8 | 9991 | 3.75 | 0.00 | 3.75 |
| | | Original check written to: <br> TEXAS WORKFORCE COMMISSION <br> FRAUD DETECTION, ROOM 370 <br> 101 EAST 15TH STREET <br> AUSTIN, TX 78778 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 20, 2010

Check No. 2004755

Check Amount: $3,532.03

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-46439-R | 00000 | BARRY JAMES & GAIL ANNE HUTCHISON | 0 | XXXXX1234 | 0.30 | 0.00 | 0.30 |
| | | | | XXXXX6305 | | | |
| | | Original check written to: <br> BARRY JAMES HUTCHISON <br> 10616 ATLANTA DRIVE <br> FRISCO, TX 75035 | | | | | |
| 05-48008-R | 00001 | JIMMY L. & TERRIE L. KEITH | 1 | 2639 | 20.78 | 0.00 | 20.78 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-49014-R | 00001 | PETER FRANCIS LUKE | 1 | XXXXX4794 | 47.09 | 0.00 | 47.09 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-49118-R | 00001 | ROY D. & ROBIN L. SMITH | 1 | XXXXX9733 | 79.29 | 0.00 | 79.29 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-49151-R | 00023 | DAVID BRUCE & SHANNON SEWELL HOWARD | 5 | XXXXX7302 | 54.74 | 0.00 | 54.74 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-49151-R | 00024 | DAVID BRUCE & SHANNON SEWELL HOWARD | 3 | XXXXX8096 | 27.72 | 0.00 | 27.72 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 20, 2010

Check No. 2004755

Check Amount: $3,532.03

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-49151-R | 00029 | DAVID BRUCE & SHANNON SEWELL HOWARD | 4 | XXXXX2817 | 75.48 | 0.00 | 75.48 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 06-41901-R | 00001 | KRISTI L. CROSBY | 1 | XXXXX8728 | 15.36 | 0.00 | 15.36 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 08-40116-R | 00030 | CHRISTY CAY & ALAN J. JOHNSON | 2 | 0339 | 274.27 | 0.00 | 274.27 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 08-40209-R | 00002 | DANIEL SALVADOR & AISHA NAYYER CAMPOS | 1 | XXXXX1391 | 4.51 | 0.00 | 4.51 |
| | | Original check written to: OCWEN LOAN SERVICING, LLC 12650 INGENUITY DRIVE ORLANDO, FL 32826 | | | | | |
| | | | | **TOTALS** | **$1,132.03** | **$0.00** | **$1,132.03** |